FILED
HARRISBURG
JUN 04 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH CROSBY,                     :
                                  :
        Petitioner                : CIVIL NO. 1:CV-00-2211
                                  :
  v.                              : (Judge Kane)
                                  :
MICHAEL ZENK,                     :
                                  :
        Respondent                :

O R D E R

NOW, THIS 4th DAY OF June, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply

to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge

YK:dlb