

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH CROSBY,                           :
                                        :
        Petitioner                      :    CIVIL NO. 1:CV-00-2211
                                        :
    v.                                  :    (Judge Kane)
                                        :
MICHAEL ZENK,                           :
                                        :
        Respondent                      :

FILED
HARRISBURG, PA

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

O R D E R

NOW, THIS 27th DAY OF JUNE, 2001, upon consideration of the respondent's motion for enlargement of time within which respond to the instant petition for writ of habeas corpus, IT IS HEREBY ORDERED THAT said motion, (Doc. No. 3) is granted. Respondents may file a response to the petition on or before July 16, 2001.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re: 1:00-cv-02211   Crosby v. Zenk

True and correct copies of the attached were mailed by the clerk to the following:

Keith Crosby
FCI-ALLENWOOD
29802-066
P.O. Box 2000
White Deer, PA  17887

Matthew Edward Haggerty, Esq.
Office of the U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA  17703

```
cc:
Judge                          (✓)        (✓) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

6-27-01