UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH CROSBY, :
:
    Petitioner : CIVIL NO. 1:CV-00-2211
:
v. : (Judge Kane)
:
MICHAEL ZENK, :
:
    Respondent :

**O R D E R**

NOW, THIS 1st DAY OF OCTOBER, 2001, upon consideration of the petitioner's "motion to effectively default the respondent and grant habeas corpus relief", IT IS HEREBY ORDERED THAT said motion, (Doc. No. 7) is denied as respondents filed a response to the petition on July 16, 2001. To the extent that petitioner states that he has not received a copy of the response, the Clerk of Court is directed to serve a copy of the response, (Doc. No. 5) on the petitioner at his present place of confinement.

                                      _____
                                      YVETTE KANE
                                      United States District Judge

YK:dlb

*FILED HARRISBURG, PA OCT - 1 2001 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 1, 2001

Re: 1:00-cv-02211   Crosby v. Zenk

True and correct copies of the attached were mailed by the clerk to the following:

Keith Crosby           w/response.
FCI-ALLENWOOD
29802-066
P.O. Box 2000
White Deer, PA   17887

Matthew Edward Haggerty, Esq.
Office of the U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA   17703

cc:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )

                                                MARY E. D'ANDREA, Clerk

10-1-01