ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH CROSBY,                    :        CIVIL NO. 1:CV-00-2211
                                 :
                 Petitioner      :        (Judge Kane)
                                 :
         v.                      :
                                 :
MICHAEL ZENCK, Warden            :
                                 :
                 Respondent      :

FILED
HARRISBURG, PA

JAN 3 0 2003

MARY E. D'ANDREA, CLERK
Per _____

## SUBSTITUTION OF COUNSEL

Please substitute my appearance for that of Assistant United States Attorney Matthew E.

Haggerty as Counsel of Record for Michael Zenck, Warden, Defendant in the above-captioned case.

Respectfully submitted

THOMAS A. MARINO
United States Attorney

DENNIS PFANNENSCHMIDT
Assistant U.S. Attorney
United States Attorney's Office
Federal Building
228 Walnut Street, Ste. 217
Harrisburg, PA 17108
Telephone No. (717) 221-4482

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH CROSBY,** | : | **CIVIL NO. 1:CV-00-2211** |
| | : | |
| **Petitioner** | : | **(Judge Kane)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ZENCK, Warden** | : | |
| | : | |
| **Respondent** | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United

States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion

to be competent to serve papers.

That this ⟍30⟍ day of January, 2003, she served a copy of the attached

### SUBSTITUTION OF COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the

place and address stated below, which is the last known address, and by depositing said envelope

and contents in the United States Mail at Harrisburg, Pennsylvania.

Keith Crosby
Reg. No. 29802-066
FCI Allenwood
PO Box 2000
White Deer, PA 17887

Chyenna Gowdy,
Legal Assistant