UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KEITH CROSBY                    :
    Petitioner                  :  CIVIL NO. 1:CV-00-2211
v.                              :  ( JUDGE KANE )
MICHAEL ZENK                    :
    Respondent                  :

**FILED**
HARRISBURG PA
FEB 0 3 2003
MARY E. D'ANDREA
Per _____

### NOTICE OF APPEAL

COMES NOW, Keith Crosby petitioner pro se files this notice of Appeal, appealing the Order of the United States District Court (Judge Kane) January 22, 2003 Order denying Petitioner Habeas Corpus Relif.

WHEREFORE, Petitioner prays that request be granted to appeal.

January 30, 2003

Respectfully Submitted,

Keith Crosby
_____
Keith Crosby #29802-066
FCI ALLENWOOD (MED)
P.O. BOX 2000
WHITE DEER, PA 17887



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

**FILED**
HARRISBURG PA
FEB 03 2003
MARY E. D'ANDREA, CLERK
Per _____

KEITH CROSBY
29802-066
FCI ALLENWOOD (MED)
P.O. BOX 2000
WHITE DEER, PA 17887-2000

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| **CAPTION:**<br>KEITH CROSBY<br><br>Vs<br><br>MICHAEL ZENK | **DISTRICT COURT NO.** <u>1:00-CV-2211</u><br><br>**CT. OF APPEALS NO.** _____ |

**NOTICE OF APPEAL FILED:** February 4, 2003              **COURT REPORTER(S)** _____

**FILING FEE:**

NOTICE OF APPEAL ___PAID  X_NOT PAID  ___SEAMAN

DOCKET FEE  ___PAID  X_NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge
Keith Crosby, Pro-Se
Dennis Pfannenschmidt, AUSA
PRSLC-KH
File Copy


                                           PREPARED BY  /s/ Mark J. Armbruster
                                                           Deputy Clerk
**Date: February 4, 2003**



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Divisional Offices:*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:        KEITH CROSBY V. MICHAEL ZENK
           USDC NO: 1:00-CV-2211
           USCA NO:
           E-mail Account: All correspondence should be sent to the e-mail account:
           PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__      Civil Prisoner Case: Case file and docket sheet available through RACER.

_____      Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____      Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

_____      Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER.

_____      Non-Prisoner Civil Case or Criminal Case:
           ____ Supplemental Record filed.  Docket Sheet available through RACER.

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                                Very truly yours,


                                                /s/ Mark J. Armbruster
                                                Deputy Clerk

Date: February 4, 2003