15
2/4/03
MA

## Return Receipt

| | |
|---|---|
| Your document: | Case Number 00-CV-2211 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 02/04/2003 01:10:03 PM |



FILED
FEB 0 4 2003
PER _____ MA _____
HARRISBURG, PA  DEPUTY CLERK