OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**    TELEPHONE

FOR THE THIRD CIRCUIT    267-299-(4955)
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

February 5, 2003

## NOTICE OF DOCKETING OF APPEAL

**Crosby**

**v**

**Zenk**

**No.: 00-cv-02211**

**(Honorable Yvette Kane)**



An appeal by **Keith Crosby** as filed in the above-caption case on February 3, 2003, and docketed in this Court on February 5, 2003, at No. **03- 1323.**

Kindly use the Appeals Docket No. **03-1323** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals.** Please notify Case Manager **Chanel R. Graham,** at (chanel_graham)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**