OFFICE OF THE CLERK

**Marcia M. Waldron**
CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

February 3, 2003

Mary E. D'Andrea, Clerk
United States District Court
 for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

RECEIVED

FEB 0 6 2003

MARY E. D'ANDREA, CLERK

In Re: Keith Crosby
 No. 02-4223

Dear Ms. D'Andrea:

    Enclosed herewith are copies of the following documents filed today in the above-entitled case:

1. Opinion of the Court.
2. Certified copy of the Judgment denying the issuance of a writ of mandamus.

Please acknowledge receipt of the above documents on the enclosed copy of this form.

Very truly yours,
MARCIA M. WALDRON, CLERK

Charlene Crisden

Charlene Crisden
Case Manager
 Direct Dial 267-299-4923

ack'n'd
2/6/03
JST8

HPS-42                              **UNREPORTED - NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO.  02-4223

———————————

IN RE: KEITH CROSBY,

Petitioner

———————————

On a Petition for Writ of Mandamus from the
United States District Court for the
Middle District of Pennsylvania
(Related to M.D.Pa. Civ. No. 00-cv-2211)

———————————

Submitted Under Rule 21, <u>Fed. R. App. P.</u>
December 11, 2002

Before:  <u>CHIEF JUDGE</u> BECKER, WEIS and GARTH, <u>CIRCUIT JUDGES</u>

(Filed:  February 3, 2003)

———————————

OPINION

———————————

PER CURIAM

    Petitioner, Keith Crosby, seeks a writ of mandamus compelling the United States

District Court for the Middle District of Pennsylvania to rule on a habeas petition that he

filed pursuant to 28 U.S.C. § 2241.  Subsequent to the filing of this mandamus petition,

the District Court entered an order on January 22, 2003, denying the § 2241 petition.

Accordingly, because the relief requested has been provided by the District Court, we will

deny the mandamus petition as moot.

**HPS-42**

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

### NO. 02-4223

---

### IN RE: KEITH CROSBY,

Petitioner

---

On a Petition for Writ of Mandamus from the
United States District Court for the
Middle District of Pennsylvania
(Related to M.D.Pa. Civ. No. 00-cv-2211)

---

Submitted Under Rule 21, Fed. R. App. P.
December 11, 2002

Before:  CHIEF JUDGE BECKER, WEIS and GARTH, CIRCUIT JUDGES

### JUDGMENT

---

This cause came on to be heard on a petition for writ of mandamus.  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied.

All of the above in accordance with the Opinion of the Court.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: February 3, 2003

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

TO:      Clerk, United States District Court for the Middle District of Pennsylvania, Harrisburg

FROM:    Marcia M. Waldron, Clerk

FILED
HARRISBURG, PA

FEB 0 6 2003

MARY E. D'ANDREA, C
Per

**Please find the enclosed Notice from the Supreme Court of the United States.**

(5/31/00)