OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

<u>Middle (Harrisburg)</u> Clerk of District Court          Date ____03/05/03____
(District)

<u>Crosby v. Zenk</u>                                      C. of A. No. ____03-1323____
(Caption)

<u>Keith Crosby</u>
(Appellant)

<u>00-cv-02211</u>
(D.C. No.)

Enclosures:

<u>03/05/03</u> _____ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

* _____ Record

* _____ Partial Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

____X____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
         is recalled.

                    /s/ [signature]  (267)-299-__4955__
                    Deputy Clerk          Telephone Number

                  * _____ (267)-299-_____
                    Record Processor     Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
Rev. 9/25/02
Appeals (Record)

EPS-166                                                March 5, 2003

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-1323

Crosby vs. Zenk
(Middle D.C. No. 00-cv-02211)

To:  Clerk

1)  Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as affirmance of the order of the District Court.  See Third Circuit Internal Operating Procedure 10.6.

Should the appellant file any future applications for leave to proceed in forma pauperis in this Court, the application must be accompanied by an affidavit in the form specified by the Federal Rules of Appellate Procedure and a statement of his prison account for the prior six months.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Dated: March 5, 2003
CRG/cc: KC
    DCP