APS-269  **UNREPORTED - NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 03-1323

KEITH CROSBY,

Appellant
v.

MICHAEL ZENK, Warden
F.C.I. Allenwood

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-02211)
District Judge: Honorable Yvette Kane

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
July 17, 2003

BEFORE:   SLOVITER, MCKEE AND SMITH, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered January 22, 2003, be and the same is hereby AFFIRMED. All of the above

in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: September 3, 2003

**Certified as a true copy and issued in lieu
of a formal mandate on October 27, 2003**

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**