OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**Marcia M. Waldron**
**Clerk**

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

**Telephone**
**267-299-4955**

**www.ca3.uscourts.gov**

October 27, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 03-1323**
**Crosby  vs. Zenk**
**D.C. No. 00-cv-02211**

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment together with copy
of the opinion in the above-entitled case(s). The certified judgment
is issued in lieu of a formal mandate and is to be treated in all
respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this
letter.

    Counsel are advised of the issuance of the mandate by copy of
this letter.  A copy of the certified judgment is also enclosed
showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                    By:   Chanel R. Graham
                          Case Manager

Enclosure
cc:
        Mr. Keith Crosby
        Dennis C. Pfannenschmidt, Esq.