```
Keith Crosby
FCI-ALLENWOOD
29802-066
P.O. Box 2000
White Deer, PA  17887


              Re: 1:00-cv-02211
              ------------------------------



              ------------------------------

Please file all pleadings directly
the assigned Judge is located.  Do
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser
-----------------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt
-----------------------------------------

Judge James F. McClure
Judge Malcolm Muir
```

Envelope markings:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

FILED
SCRANTON
DEC -- 2003

DEPARTMENT OF JUSTICE
MAIN MAILROOM
OCT 31 2003

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
OTHER

RECEIVED
SCRANTON
DEC 08 2003
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

RTS - RETURN TO SENDER